# NOT  DESIGNATED  FOR  PUBLICATION

John Green
Attorney at Law
1135 Hodges St.
Lake Charles LA 70601

**REHEARING ACTION: May 23, 2012**

**Docket Number: 12   00324-CW**

**SUZANNA L. CATHEY**
**VERSUS**
**MELISSA LYNN OGEA AND JOHN BRIAN CATHEY**

**Writ Application from Calcasieu Parish Case No. 20111277**

**BEFORE JUDGES**:

   **Hon. Oswald A. Decuir**
   **Hon. Billy Howard Ezell**
   **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Suzanna L. Cathey** has this day been

   **GRANTED.**  The Motion for Rehearing is granted for the limited purpose
   of consolidating the above captioned writ application with the appeal on
   the merits, our docket number CA12-563.  The parties will be notified of
   the date for oral argument.

cc: Billy Edward Loftin, Jr., Counsel for  the Respondent
    Melissa Lynn Ogea, In Proper Person
    John Brian Cathey, In Proper Person